NO. 1524733
NO. 1524835

FILED
2015 NOV -5 PM 2: 20
CHERYL FULLER
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 8:48:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **8th JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **MARK EDWARD COVINGTON** | § | **HOPKINS COUNTY, TEXAS** |

## NOTICE OF APPEAL
## AND REQUEST FOR ASSISTANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MARK EDWARD COVINGTON, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Mark Edward Covington.

Further, defendant would inform the Court that he/she was and is indigent, having been appointed counsel at the time of his trial. This defendant is requesting of the Court that counsel be allowed and appointed for the appeal of this cause.

Respectfully submitted,

Mark Edward Covington,
c/o Hopkins County Jail
298 Rosemont Street
Sulphur Springs, Texas 75452
(903) 438-4040

By: _Mark Covington_
Mark Edward Covington
Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on ___11 - 4 -___, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, Post

Office Box 882, Sulphur Springs, Texas 75482, by U. S. Postal Service mail, return receipt requested, regular First Class Mail, or hand delivery, pursuant to the Rules.

_Mark Covington_
Mark Edward Covington

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify in this criminal case that the defendant's appeal is not in a plea-bargain case, and the defendant has the right of appeal.

_____    11/4/2015
Judge                               Date Signed

("A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).)



NO. 1524733

THE STATE OF TEXAS

V.

Mark Edward Covington
Defendant

FILED

2015 NOV -5 PM 2: 19

CHERYL FULCHER
DISTRICT
HOPKINS COUNTY, TEXAS

IN THE DISTRICT COURT

8TH JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea bargain case, and the defendant has the right of appeal.

_____ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

11/4/2015
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. 1R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am, entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address: PO Box 746
Telephone number:
Fax # (if any): Caddo Mills, TX

_____
Defendant's Counsel 12415400
State Bar of TX ID # 1507 Frost-Gilmer Th 75644
Mailing address:
Telephone number: 903 843 3449
Fax # (if any) 903 843 2909

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

WHITE - TRIAL COURT     CANARY - DEFENDANT     PINK - DEFENDANT'S COUNSEL
To Reorder call Echo Publishing Co (903) 885-0861